**ORDERED.**

Dated: February 17, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

_____

1  Kathryn L. Johnson (#19150)
   Law Office of Kathryn L. Johnson, PLC
2  2 E. Congress Street, Suite 900
   Tucson, AZ 85701
3  (520) 743-2257; (520) 743-2231 facsimile
   Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) | In Proceedings Under Chapter 13 |
|---|---|---|
| KENNETH JAMES BOLINSKI<br>TERESA DAWN BOLINSKI, | )<br>) | Case No. 4:09-bk-29463-EWH |
| Debtors | )<br>)<br>)<br>) | PROPOSED AMENDED ORDER<br>REGARDING DEBTORS'<br>MOTION FOR WAGE ORDER |

The Debtors, KENNETH JAMES BOLINSKI and THERESA DAWN BOLINSKI, by and through counsel undersigned, filed an Amended Motion for Wage Order. The Court has considered the record, and no opposition being filed thereto,

IT IS ORDERED that the Motion is granted. Debtors' employers are to withhold from Debtors' pay the following sums from the first pay period following receipt of this Court's order,

| Debtor | Employer | Amounts |
|---|---|---|
| Kenneth Bolinski | Federal Bureau of Prisons | $1,025.74 per bi-weekly paycheck |
| Teresa Bolinski | Urological Associates of Southern Arizona | $ 500.00 per bi-weekly paycheck |

4.   These funds should be forwarded to the Chapter 13 Trustee as follows:

Dianne C. Kerns, Chapter 13 Trustee
P.O. Box 366
Memphis, TN 38101-0366

DATED this ___ day of _____, 2009.

_____
United States Bankruptcy Judge