# ORDERED.

**Dated: August 19, 2010**



_(signature)_

**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA

In Re: ) In Proceedings Under Chapter 13
)
KENNETH JAMES BOLINSKI, ) Case No. 4:09-bk-29463-EWH
TERESA DAWN BOLINSKI, )
)
      Debtors. ) STIPULATED ORDER CONFIRMING
) CHAPTER 13 PLAN AND APPROVAL
) OF ATTORNEYS FEES
)

The Plan having been properly noticed out to creditors and no objections having been

filed,

IT IS ORDERED Confirming the Plan of Debtor as follows:

1.     **INCOME SUBMITTED TO THE PLAN:** Debtor shall submit the following

amounts of future income to the Trustee for distribution under the Plan.

    A.     <u>FUTURE EARNINGS OR INCOME</u>:

    Debtor shall make the following monthly Plan Payments:

| MONTHS | PAYMENTS |
|--------|----------|
| 1 | $3,679.00 starting 12/09 |
| 2 | $ 500.00 starting 1/10 |
| 3 | $3,052.00 starting 2/10 |

4     $1,750.00 starting  3/10

~~5-8~~
~~2-36~~     $3,051.48 starting  4/10
9-36     $3077.08 starting 8/10
37-60     ~~$4424.00~~ starting  12/12
       $4449.60

The payments are due on or before the 16th day of each month, commencing 5/16/10.

Debtor is instructed to remit all payments on or before the stated due date each month.  Debtor is advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term.  **Any funding shortfall must be cured before the plan can be discharged.**

The debtor shall provide directly to the Trustee copies of his federal and state income tax returns for the years 2009, 2010, 2011, 2012 and 2013 within 30 days of filing.  The purpose is to assist the Trustee in determining any change in the debtor's annual disposable income.

B. OTHER PROPERTY:

In the event that other property is submitted, it shall be treated as supplemental payments.  In no event shall the term of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

2. **DURATION OF THE PLAN:**

The Plan shall continue for 60 months from the first regular monthly payment described in Paragraph 1(a) above.  If at any time before the end of this period all allowed claims are paid, the Plan will terminate.

3. **CLASSIFICATION AND TREATMENT OF CLAIMS.**

A. ADMINISTRATIVE EXPENSES.

The Trustee shall receive such percentage fee of Plan payments as may periodically be fixed by the Attorney General pursuant to 28 U.S.C. §586(e), but not to exceed 10%.

Attorney Fees:

The Debtor's counsel will be paid an administrative expense of $2,200.00 from the Trustee prior to any other claims being paid.

B.    CLAIMS SECURED BY REAL PROPERTY.

Chase Home Finance will be paid $17,431.27 throughout the life of the plan for the pre-petition arrearages on their claim secured by the real property located at 2361 W. Placita Algodon, Tucson, AZ 85741.

Chase Home Finance will be paid their monthly post-petition mortgage payment through the plan. This mortgage payment is currently $1,737.17 but is subject to changes as the escrow requirements or interest rate changes. The trustee will be paid a 10% fee on each of these monthly post-petition mortgage payments in the amount of $173.72 per month, subject to change as the mortgage payment changes.

Pima County Attorney's office has filed a proof of claim stating there is a lien on the property located at 2361 W. Placita Algodon, Tucson, AZ 85741 in the amount of $641.62. Pima County Attorney's office, having not filed an objection to the plan will be paid nothing throughout the life of the plan. The property taxes are paid through the mortgage escrow account. If at any point, the taxes are not paid by the mortgage company, Debtors will amend the plan and include said property taxes.

HSBC Mortgage Services will be paid $1,015.27 throughout the life of the plan for pre-petition arrearages ont heir claim secured by the real property located at 2361 W. Placita Algodon, Tucson, AZ 85741.

HSBC Mortgage Services will be paid their monthly post-petition mortgage payment through the plan. This mortgage payment is currently $167.00, but is subject to changes as the interest rate changes. The trustee will be paid a 10% fee on each of these monthly post-petition mortgage

payments in the amount of $16.70 per month, subject to change as the mortgage payment changes.

C.    <u>CLAIMS SECURED BY PERSONAL PROPERTY</u>.

Chase Auto Finance, secured by a 2004 Kia Optima filed a proof of claim in the amount of $7,419.54 for their secured interest in the 2004 Kia. Debtors proposed to pay $4,580.00 plus 6% interest over the life of the plan. Chase Auto Finance having not filed an objection to the Plan, will be paid as per the Plan. If claim is paid in full prior to plan completion, creditor shall release its security interest in the property described above. Chase Auto Finance shall receive adequate protection payments in the amount of $45.80 per month beginning with the first monthly payment due under the Plan. Adequate protection payments shall cease when Chase Auto Finance begins receiving regular disbursements under the Plan.

D.    <u>PRIORITY CLAIMS</u>.

 The Internal Revenue Service has filed a proof of claim in the amount of $5,064.94 as a priority claim and $112.10 as a general unsecured claim. Since the filing of the bankruptcy, Debtors have filed their 2009 tax returns ~~and hereby owe an additional $8,000.00 to the Internal Revenue Service~~. The Internal Revenue Service will hereby be paid a total of ~~$13,064.94~~ $11970.66 throughout the remainder of the Chapter 13 Plan.

The Arizona Department of Revenue filed a proof of claim in the amount of $1286.62 as a priority claim and $50.28 as a general unsecured claim. The Arizona Department of Revenue will hereby be paid $1,286.62 over the life of the plan.

E.    <u>PROPERTY TO BE SURRENDERED</u>.

Arizona Federal Credit Union, secured by a 2007 Dodge Ram 1500 truck, shall be paid as a general unsecured creditor throughout the life of

the Plan. Debtors have surrendered the vehicle back to Arizona Federal Credit Union.

     F.    UNSECURED CLAIMS:

         Such claims shall be paid pro rata the balance of payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. §1328(a).

4.    The plan and this Order shall not constitute an informal proof of claim for any creditor.

5.    By executing below, Debtors hereby certify that they are current on all tax return filings and domestic support orders, if applicable, per the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

6.    **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of the order. Property of the estate shall vest in the Debtor herewith.

APPROVED AS TO FORM AND CONTENT:

/s/ Kenneth James Bolinski
_____
Kenneth James Bolinski, Debtor

Jason P. Sherman, Attorney for
US Bank National/Chase Home Finance

4/28/10
_____
Date

_____
Date

/s/ Teresa Dawn Bolinski
_____
Antonia Q. Hughes, Debtor

4/28/10
_____
Date

/s/ Kathryn Johnson
_____
Attorney for Debtors

Dianne C. Kerns, Trustee

4/28/10
_____
Date

8/16/10
_____
Date

Kathryn L. Johnson
Arizona Bar no. 19150
Law Office of Kathryn L. Johnson, PLC
2 E. Congress, Suite 900
Tucson, AZ 85701
(520) 743-2257 Phone
(520) 743-2231 Fax
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA


In re:Kenneth James Bolinski and Teresa Dawn Bolinski, Debtors.

Ch. 13 Case No. 4-09-29463-EWH


## TOTAL DEBT PROVIDED FOR UNDER THE PLAN
## AND SUMMARY OF ADMINISTRATIVE EXPENSES

| 1)   PRIORITY CLAIMS | |
|---|---:|
| (a)  Attorney's Fees | $2,200.00 |
| (b)  Priority Claims | $14,351.56 |
| (b)  Other | |
| **Subtotal** PRIORITY CLAIMS | $16,551.56 |
| (2) Total of All Payments to Cure Defaults | |
| (3) Total of Payments on Secured Claims | $140,192.76 |
| (4) Total of Payments on General Unsecured | $36,696.47 |
| **Subtotal** | $193,440.79 |
| TOTAL TRUSTEE'S COMPENSATION (10% of the amounts disbursed) | $19,344.08 |
| TOTAL PAID INTO PLAN | $212,784.87 |

RECONCILIATION WITH CHAPTER 7—"BEST INTEREST OF CREDITORS TEST"

| | |
|---|---:|
| Value of Debtor's Interest in Non-Exempt Property | $0.00 |
| PLUS  Value of Property Recoverable Under Avoiding Powers | $0.00 |
| Less  Estimated Chapter 7 Administrative Expenses | $0.00 |
| Less: Amounts payable to Priority Creditors Other Than Costs of Administration | $14,351.56 |
| SUM: Estimated Amount that would be Payable to General Unsecured Creditors if Chapter 7 had been filed (if negative, show as ZERO) | $0.00 |
| COMPARE TO ESTIMATED DIVIDEND UNDER THE PLAN | $36,696.47 |